IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel* BESIMA OSMICEVIC, | : | NO. 2:08-CV-1034 LRR |
| Plaintiff, | : | |
| v. | : | **PARTIAL DISMISSAL OF CERTAIN CLAIMS WITHOUT PREJUDICE** |
| AUXI HEALTH, INC., a Delaware Corporation and HAWKEYE HEALTH SERVICES, INC., d/b/a AUXI HEALTH, GIRLING HEALTH SERVICES and HARDEN HEALTHCARE L.L.P., a Texas limited liability partnership, | : | |
| Defendants. | : | |

COMES NOW Relator/Plaintiff, Besima Osmicevic, and with the consent of the U.S. Attorney for the Northern District of Iowa, hereby DISMISSES WITHOUT PREJUDICE the following claims:

1. The claim of the United States of America under the False Claims Act, as amended, 31 U.S.C.A. §§3729-3733;

2. The claim of the United States of America under the Federal Debt Collection Procedures Act, 28 U.S.C.A. §§3001-3308;

3. The claim of Besima Osmicevic, as relator, to the False Claims Act recovery; and

4. Besima Osmicevic's individual claim for retaliatory discharge against Defendants, Auxi Health, Inc. and Harden Healthcare L.L.P.

This Partial Dismissal does not dispose of the claim of Besima Osmicevic for retaliation in violation of these acts against Hawkeye Health Services, Inc. nor does it dispose of any other federal or state claim that she is now or may in the future individually assert arising out of her employment and termination by Defendant, Hawkeye Health Services, Inc.

JOHNSON, KRAMER, GOOD, MULHOLLAND,
COCHRANE & DRISCOLL, P.L.C.

By _____
    Stuart J. Cochrane    000008609
    James L. Kramer    000002970
    809 Central Avenue – Suite 600
    Fort Dodge, IA 50501-1396
    Telephone:    515-573-2181
    Facsimile:    515-573-2548

ATTORNEYS FOR RELATOR

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of August, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following:

Richard D. Yeomans
Matthew C. Powers
401 Congress Avenue, Suite 2200
Austin, TX 78701

Benjamin P. Roach
700 Walnut, Suite 1600
Des Moines, IA 50309-3899

Robert M. Butler
U. S. Attorney's Office
Northern District of Iowa
401 First Street SE
Hach Building, Suite 400
Cedar Rapids, IA 52401-1825

                                              /s/ Stuart J. Cochrane