# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| BESIMA OSMICEVIC,<br><br>    Plaintiff,<br><br>vs.<br><br>HAWKEYE HEALTH SERVICES,<br>INC., d/b/a AUXI HEALTH,<br><br>    Defendant. | No. 08-CV-1034-LRR<br><br>**ORDER** |

_____

The matter before the court is Defendant Hawkeye Health Services, Inc.'s "Motion to Dismiss Under Rule 12(b)(6) of the Federal Rules of Civil Procedure, and, in the Alternative, for More Definite Statement Under Rule 12(e)" ("Motion") (docket no. 26).

On October 17, 2008, Plaintiff Besima Osmicevic filed a Complaint (docket no. 2). On July 28, 2009, Defendant filed the Motion. On August 12, 2009, Plaintiff filed a "First Amended and Substituted Complaint" ("Amended Complaint") (docket no. 27). On August 13, 2009, Plaintiff filed a "Partial Dismissal of Certain Claims Without Prejudice" (docket no. 28). On August 25, 2009, Defendant filed an Answer (docket no. 29) to the Amended Complaint.

"It is well-established that an amended complaint supercedes an original complaint and renders the original complaint without legal effect." *In re Wireless Tel. Fed. Cost Recovery Fees Litig.*, 396 F.3d 922, 928 (8th Cir. 2005) (citing *In re Atlas Van Lines, Inc.*, 209 F.3d 1064, 1067 (8th Cir. 2000)). The Motion seeks to dismiss the Complaint—not the Amended Complaint. Because the Amended Complaint supercedes the Complaint and renders it legally ineffective, the Motion is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**DATED** this 1st day of October, 2009.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA