IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| BESIMA OSMICEVIC,<br><br>      Plaintiff,<br><br>vs.<br><br>HAWKEYE HEALTH SERVICES, INC.,<br>an Iowa Corporation, d/b/a AUXI<br>HEALTH,<br><br>      Defendant. | No. C08-1034<br><br>ORDER EXTENDING<br>DEADLINE TO RESIST<br>MOTION FOR SUMMARY<br>JUDGMENT |

_____

This matter comes before the Court on the Unresisted Motion to Extend Deadline (docket number 36) filed by the Plaintiff on June 28, 2010. Plaintiff asks for an extension until July 5, 2010 to file her resistance to the motion for summary judgment. According to the motion, "Defendant's counsel does not resist Plaintiff's request for an extension." The Court finds that the motion should be granted.

### ORDER

IT IS THEREFORE ORDERED that the Unresisted Motion to Extend Deadline (docket number 36) filed by Plaintiff on June 28, 2010 is hereby **GRANTED**. The deadline for Plaintiff to file her resistance to Defendant's motion for summary judgment is hereby **EXTENDED** to **July 5, 2010**.

DATED this 28th day of June, 2010.

_____
JON STUART SCOLES
United States Magistrate Judge
NORTHERN DISTRICT OF IOWA