# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | | |
|---|---|---|
| BESIMA OSMICEVIC, | | |
| Plaintiff, | | No. 08-CV-1034-LRR |
| vs. | | **ORDER** |
| HAWKEYE HEALTH SERVICES, INC., an Iowa Corporation, d/b/a AUXI HEALTH, | | |
| Defendant. | | |

_____

The parties have advised the court that they have reached a settlement in the above-captioned action. The parties must file their stipulation of dismissal no later than thirty days after the date of this Order.

**IT IS SO ORDERED**.

**DATED** this 16th day of July, 2010.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA