IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| BESIMA OSMICEVIC,<br><br>Plaintiff,<br><br>v.<br><br>HAWKEYE HEALTH SERVICES, INC., an Iowa Corporation, d/b/a AUXI HEALTH,<br><br>Defendant. | No. 2:08-cv-1034 LRR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

COME NOW Plaintiff, Besima Osmicevic, and Defendant, Hawkeye Health Services, Inc., an Iowa corporation, d/b/a Auxi Health, by and through their respective attorneys of record, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), and stipulate to dismissal with prejudice of the above-captioned cause, each party to bear its own attorneys' fees and costs.

Respectfully submitted,

By: /s/ Stuart J. Cochrane
Stuart J. Cochrane
stu.cochrane@johnsonlawia.com
No. 000008609
JOHNSON, ERB, BICE, KRAMER, GOOD & MULHOLLAND, PC
Boston Centre, Suite 600
P.O. Box 1396
Fort Dodge, IA 50501
515.573.2181 Telephone
515.573.2548 Facsimile

ATTORNEY FOR PLAINTIFF
BESIMA OSMICEVIC

By: /s/ Richard D. Yeomans
    Richard D. Yeomans, Lead Counsel
    ryeomans@gdhm.com
    Texas State Bar No. 24030014
    Admitted *Pro Hac Vice*
    Matthew C. Powers
    mpowers@gdhm.com
    Texas State Bar No. 24046650
    Admitted *Pro Hac Vice*
    GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
    401 Congress Ave., Suite 2200
    Austin, Texas 78701
    512.480.5645 Telephone
    512.480.5845 Facsimile


By: /s/ Benjamin P. Roach
    Benjamin P. Roach
    bproach@nyemaster.com
    NYEMASTER, GOODE, WEST,
    HANSELL & O'BRIEN, P.C.
    700 Walnut, Suite 1600
    Des Moines, Iowa 50309-3899
    515.283.3100 Telephone
    515.283.8045 Facsimile

    ATTORNEYS FOR DEFENDANT HAWKEYE HEALTH SERVICES, INC., D/B/A AUXI HEALTH

## CERTIFICATE OF SERVICE

I hereby certify that on the 26 day of July, 2010, I electronically filed the foregoing Stipulation of Dismissal with Prejudice with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following:

Stuart J. Cochrane
Johnson, Erb, Bice, Kramer, Good & Mulholland, PC
Boston Centre, Suite 600
P.O. Box 1396
Fort Dodge, IA 50501

2

Robert M. Butler
U.S. Attorney's Office
Northern District of Iowa
401 First Street SE
Hach Building, Suite 400
Cedar Rapids, IA 52401-1825

/s/ Matthew C. Powers
Matthew C. Powers